FILED

08 JAN 24    Clear Form    AM 11: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EMC

9
10

CV 08    0532

11  JuLio Victor LLANos Plaintiff,    )    CASE NO. _____
                                      )
12    vs.                             )    **APPLICATION TO PROCEED**
                                      )    **IN FORMA PAUPERIS**
13  AMC MoRtGAGE                      )    (Non-prisoner cases only)
                                      )
14  SERVICES          Defendant.      )
                                      )
15

16  I, JuLio V. LLANos, declare, under penalty of perjury that I am the plaintiff

17  in the above entitled case and that the information I offer throughout this application is true and

18  correct.  I offer this application in support of my request to proceed without being required to

19  prepay the full amount of fees, costs or give security.  I state that because of my poverty I am

20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21      In support of this application, I provide the following information:

22  1.    Are you presently employed?            Yes ✓ No ___

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the

24  name and address of your employer:

25  Gross: 41,736. ✓            Net: 30,004. ✓

26  Employer: SYNERGY COMPANIES

27  _____ MOUNTAIN MIKE PIZZA

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 _____

4 _____

5 2.　　Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

7　　　a.　　Business, Profession or　　　　　Yes ___ No ✓

8　　　　　self employment?

9　　　b.　　Income from stocks, bonds,　　　Yes ___ No ✓

10　　　　　or royalties?

11　　　c.　　Rent payments?　　　　　　　　Yes ✓ No ___

12　　　d.　　Pensions, annuities, or　　　　　Yes ___ No ✓

13　　　　　life insurance payments?

14　　　e.　　Federal or State welfare payments,　Yes ___ No ✓

15　　　　　Social Security or other govern-

16　　　　　ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 # 16,500. m a year _____

20 _____

21 3.　　Are you married?　　　　　　　　　Yes ___ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.　　a.　　List amount you contribute to your spouse's support:$ _____

27　　　b.　　List the persons other than your spouse who are dependent upon you for support

28　　　　　and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.    Do you own or are you buying a home?    Yes ✓ No ___

5    Estimated Market Value: $ 459,000. ✓ Amount of Mortgage: $ 4,714.39

6    6.    Do you own an automobile?    Yes ✓ No ___
     HONDA CIVIC
7    Make _TOYOTA_  Year _1993/1997_  Model _LX RAV4_

8    Is it financed? Yes ____ No ✓ If so, Total due: $ _____

9    Monthly Payment: $ _____

10   7.    Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: BANK OF AMERICA

12   _____

13   Present balance(s): $ 20.00

14   Do you own any cash? Yes ___ No ✓ Amount: $ _____

15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16   market value.)    Yes ___ No ✓

17   _____

18   8.    What are your monthly expenses?

19   Rent: $ _____    Utilities: _____

20   Food: $ _____    Clothing: _____

21   Charge Accounts:

22   Name of Account        Monthly Payment        Total Owed on This Account

23   BANK OF AMERICA (VISA) $ 100.00        $ 3,000.00

24   CHASE (VISA)    $ 150.00        $ 3,500.00

25   CHASE (MASTERCARD) $ 60.00        $ 1,200.00

26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   BEST BUY # 1,100.00

1  _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?    Yes ____  No ✓

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  _1/22/08_____              _____

12       DATE                         SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -