UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIO V. LLANOS, etc.,

    Libellant

v.

AMC MORTGAGE SERVICES, et al.,

    Libellees,
_____/

JULIO VICTOR: Llanos, etc.,

Injured Third Party Intervener/
Petitioners/Libellant,

v.

AMC MORTGAGE SERVICES, et al.

Third-Party Defendants/Libellees.
_____/

Case No. C08-0532 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 03/14/08

Signature
Counsel for _____
(Name of party or indicate "pro se")