UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIO V. LLANOS,

    Plaintiff(s),

  v.

AMC MORTGAGE SERIVCES,

    Defendant(s).
_____/

No. C 08-0532 PJH

**CLERK'S NOTICE**

    YOU ARE HEREBY NOTIFIED that on **June 5, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** May 1, 2008 , in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: April 29, 2008

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JULIO LLANOS,

        Plaintiff,

  v.

AMC MORTGAGE SERVICES,

        Defendant.
                                        /

Case Number: CV08-00532 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julio Victor Llanos
651 Templeton Avenue
Daly City, CA 94014-1258

Dated: April 29, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk