1
2
3
4                      UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6
7   JULIO V. LLANOS,
8
           Plaintiff,                          No. C 08-0532 PJH
9
        v.                                     **JUDGMENT**
10
    AMC MORTGAGE SERVICES,,
11
           Defendant.
12  _____/
13     The court having dismissed this case,
14     it is Ordered and Adjudged
15     that plaintiff take nothing, and that the action be dismissed.
16     IT IS SO ORDERED.
17  Dated: May 8, 2008

                                                 _____
19                                               PHYLLIS J. HAMILTON
                                                 United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JULIO V. LLANOS,

        Plaintiff,

  v.

AMC MORTGAGE SERVICES, et al,

        Defendant.

Case Number: CV08-00532 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julio Victor Llanos
651 Templeton Avenue
Daly City, CA 94014-1258

Dated: May 9, 2008

                                        Richard W. Wieking, Clerk
                                        By: Frank Justiliano, Deputy Clerk